IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–07–BU–DLC–1 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| ALEXANDER CHRISTIAN GEISSLER, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on March 17, 2015.  Neither party objected and therefore they are not entitled to *de novo* review of the record.  28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).  Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed."  *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Alexander Christian Geissler's guilty plea after Geissler appeared before him pursuant to Federal Rule of

Criminal Procedure 11, and entered a plea of guilty to one count of conspiring to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Count I), as set forth in the Indictment.  In exchange for Defendant's plea, the United States has agreed to dismiss Count II of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 33), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS  ORDERED that Alexander Christian Geissler's motion to change plea (Doc. 20) is GRANTED and Alexander Christian Geissler is adjudged guilty as charged in Count I of the Indictment.

DATED this 1st day of April, 2015.

Dana L. Christensen, Chief District Judge
United States District Court

2